

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2021

No. 04-21-00010-CV

Marcos **MORALES**,
Appellant

v.

**EGZ, LLC**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0298
Honorable Bill Squires, Judge Presiding

# O R D E R

Appellant's brief was due on April 26, 2021. On April 27, 2021, appellant filed a motion requesting an extension of time until June 4, 2021. The motion is GRANTED and appellant's brief is due **no later than June 4, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court